United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN SCHWARTZMILLER,          ) | No. C 14-3766 JSW (PR) |
|                               ) | |
| Petitioner,                   ) | **ORDER OF DISMISSAL; GRANTING** |
|                               ) | **LEAVE TO PROCEED IN FORMA** |
| vs.                           ) | **PAUPERIS** |
|                               ) | |
| KAMALA HARRIS, Attorney       ) | |
| General,                      ) | |
|                               ) | |
| Respondent.                   ) | (Dkt. 2) |
|                               ) | |

Petitioner, a state prisoner currently, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his state court conviction and sentence. Petitioner has challenged the same conviction and sentence in a number of prior federal habeas petitions. His first was denied on the basis of procedural default. *Schwartzmiller v. Paramo,* No. 10-0057 JSW (PR) (N.D. Cal. Dec. 23, 2011). The Court of Appeals for the Ninth Circuit denied his request for a certificate of appealability, and the United States Supreme Court thereafter denied a petition of a writ of certiorari.

A second or successive petition challenging the same state court judgment may not be filed in federal district court unless Petitioner first obtains from the Ninth Circuit an order authorizing this Court to consider the petition. *See* 28 U.S.C. § 2244(b)(3)(A). Petitioner has not sought or obtained such an order. The petition is accordingly DISMISSED without prejudice to refiling if Petitioner obtains the necessary order.

Rule 11(a) of the Rules Governing Section 2254 Cases requires a district court to rule on whether a Petitioner is entitled to a certificate of appealability in the same order in which the petition is decided. Petitioner has failed to make a substantial showing that a reasonable jurist would find this Court's denial of his claim on procedural grounds debatable or wrong. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Consequently, no certificate of appealability is warranted in this case.

The application to proceed in forma pauperis is GRANTED.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: October 7, 2014

JEFFREY S. WHITE
United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DEAN A. SCHWARTZMILLER,

    Plaintiff,

  v.

DANIEL PARAMO et al,

    Defendant.

Case Number: CV14-03766 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 7, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dean A. Schwartzmiller F67490
R.J. Donovan State Prison
480 Alta Road
San Diego, CA 92179

Dated: October 7, 2014

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk